UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RUBY P. SAUNDERS,** ) | |
| ) | |
| Plaintiff, ) | Case No. CV08-8432 AJW |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS ADJUDGED** that defendant's decision is affirmed.

April 12, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge